IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

OXFORD HOUSE, INC,
et al.,

                Plaintiffs,

v.                                           Case No. 06-4004-RDR

CITY OF TOPEKA,

                Defendant.

## ORDER

This matter comes before the court upon counsel Curtis Waugh's Motion to Withdraw as Counsel (Doc. 32) and Mr. Waugh's Motion to Supplement Document 32 (Doc. 33).

Having reviewed Mr. Waugh's motions, the court finds that he has substantially complied D. Kan. Rule 83.5.5 and should be granted leave to withdraw. Accordingly,

**IT IS ORDERED** that Curtis J. Waugh's Motion to Withdraw (Doc. 32) and Motion to Supplement Document 32 (Doc. 33) are hereby granted.

**IT IS SO ORDERED.**

Dated this 15th day of June, 2006, at Topeka, Kansas.

                                                         s/ K. Gary Sebelius

                                                         K. Gary Sebelius
                                                          U.S. Magistrate Judge