IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

OXFORD HOUSE, INC, *et al.*,

        Plaintiffs,

v.                                          Case No. 06-4004-RDR

CITY OF TOPEKA,

        Defendant.

## ORDER

This matter comes before the court upon Eileen M. Doran's Motion to Withdraw as Counsel for plaintiffs (Doc. 48) and her Motions to Supplement Motion to Withdraw as Counsel (Docs. 49 & 50). Upon reviewing these motions, the court finds that good cause exists to grant the motions, as the court finds that Eileen M. Doran has fully complied with D. Kan. R. 83.5.5. Accordingly,

**IT IS THEREFORE ORDERED** that Eileen M. Doran's Motions to Supplement Motion to Withdraw as Counsel (Docs. 49 & 50) are hereby granted.

**IT IS FURTHER ORDERED** that Eileen M. Doran's Motion to Withdraw as Counsel (Doc. 48) is hereby granted and she is allowed to withdraw as counsel for plaintiffs Oxford House-Washburn, Leslie Bergin, Mark Hadfield, Rodney Helzer, and James Roberson. The aforementioned plaintiffs will continue to be represented in this matter by John J. Francis of the Washburn Law Clinic.

**IT IS SO ORDERED.**

Dated this 1st day of September, 2006, at Topeka, Kansas.

s/ K. Gary Sebelius
K. Gary Sebelius
U.S. Magistrate Judge
